IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| KIMBERLY COUCH, sui juris, ) ) ) | |
| Plaintiff, ) ) | CIVIL ACTION NO. |
| v. ) ) | 2:24cv767-MHT (WO) |
| STEVEN REED, Mayor, in his private and official capacity, et al., ) ) ) ) | |
| Defendants. ) | |

OPINION

Pursuant to 42 U.S.C. § 1983 and other federal statutes, plaintiff filed this lawsuit complaining of violations of her civil rights at the Montgomery Municipal Court. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for failure to prosecute and respond to court orders. There are no objections to the recommendation. After an independent and de novo review of the record,

the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 7th day of April, 2025.

                                          /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**